**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00133-CV

### GREGORY B. BATEN TRUST, Appellant

### V.

### BRANCH BANKING AND TRUST COMPANY AND RICHARD W. HEATH, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08390**

## ORDER

Based on the record before us, we **GRANT** appellant's February 4, 2014 motion for extension of time to file notice of appeal. Appellant's February 4, 2014 notice of appeal is considered timely for jurisdictional purposes.


/s/      ELIZABETH LANG-MIERS
            JUSTICE